**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DENISE J. DUVALL**                                                                         **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00120-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Denise J. Duvall's complaint is dismissed with prejudice (Dkt. No. 1).  The relief requested is denied.

It is so adjudged this the 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge